# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARSHA M. BLISS,<br>　　　　Plaintiff | : No. 3:17cv1837<br>:<br>: (Judge Munley) |
| v. | : |
| LABORERS INTERNATIONAL<br>UNION OF NORTH AMERICA<br>LOCAL 158,<br>and<br>ROBERT SLICK, Business Agent<br>Of Laborers Local Union 158,<br>　　　　Defendants | : |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 16th day of May 2019, it is hereby **ORDERED** that Defendants Laborers International Union of North America Local 158 and Robert Slick's motion for summary judgment (Doc. 14) is hereby **DENIED**.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　s/ James M. Munley
　　　　　　　　　　　　　　　　**JUDGE JAMES M. MUNLEY**
　　　　　　　　　　　　　　　　**United States District Court**