# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARSHA M. BLISS, | No. 3:17-CV-1837 |
| Plaintiff, | (Judge Brann) |
| v. | |
| LABORERS INTERNATIONAL UNION OF NORTH AMERCIA LOCAL 158 and ROBERT SLICK, BUSINESS AGENT, | |
| Defendants. | |

## ORDER

**APRIL 29, 2020**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (Doc. 30) is **DENIED**.

A telephonic conference call with counsel of record will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge