# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARSHA M. BLISS-MILLER,<br><br>    Plaintiff,<br><br>  v.<br><br>LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 158, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:17-CV-01837<br><br>(MEHALCHICK, M.J.) |

## **ORDER**

AND NOW, this 29th day of September, 2021 in accordance with the accompanying Findings of Fact and Conclusions of Law, the Clerk is directed to enter judgment in favor of the Defendants, Laborers International Union of North America Local 158 and Robert Slick and close this matter.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**